IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RY CHEA,

        Plaintiff,                          No. CIV S-04-1189 CMK

    vs.

COMMISSIONER OF SOCIAL
 SECURITY,
        Defendant.                   ORDER

_____/

        Plaintiff has requested that this action be dismissed. The defendant does not oppose plaintiff's request. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED:  May 5, 2005

                          /s/   **CRAIG M. KELLISON**
                          Craig M. Kellison
                          UNITED STATES MAGISTRATE JUDGE